

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

**ARTHUR D. SPATT**
*United States District Judge*

October 4, 2005

Lowrita Rickenbacker
Suffolk County Correctional Facility
100 Center Drive
Riverhead, New York 11901

Re:   United States v. Rickenbacker, 02-cr-00657 (ADS)

Dear Ms. Rickenbacker:

I am writing at the direction of the Honorable Arthur D. Spatt.

The Court acknowledges receipt of your letter dated September 28, 2005. However, the Court is unable to determine from the letter exactly what you are requesting. In addition, the letter is being returned to you because it does not bear a certificate of service or other evidence that a copy was served on the government. If you wish the Court to consider your letter, you must send a copy of the letter to your attorney and the Government. Furthermore, you or your attorney should prepare an order with a proposal of your request.

Very truly yours,

Jeffrey J. Amato
Law Clerk to the Honorable Arthur D. Spatt

Enc.