

#### U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CMM:DMJ
F. #

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

November 28, 2005

**FILED BY ECF**
Honorable Arthur D. Spatt
United States District Judge
United States Courthouse
1024 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Lowrita Rickenbacker
     <u>Criminal Docket No. 02 CR 657(ADS)</u>

Dear Judge Spatt:

  This letter is submitted to request that the sentencing of the defendant be adjourned, on the consent of the parties, to February 17, 2006, at 11:00 a.m. or another date and time convenient to the Court.

          Respectfully submitted,

          ROSLYNN R. MAUSKOPF
          United States Attorney


       By: _____
         Demetri M. Jones
         Assistant U.S. Attorney
         (631) 715-7840

cc: Michael Weil, Esq. (by interoffice mail)
   Counsel for Defendant

   Robert Cardinale, Supervisor (by interoffice mail)
   United State Probation Department