Ms. Lowrita Rickenbacker
100 Carman Avenue
East Meadow, NY 11554-1146

May 4, 2006

Judge Arthur D. Spatt
Federal Court, Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
_____ Federal Plaza
Central Islip, NY 11722-4438

02CR657

To The Honorable Judge Spatt:

    I'm writing you about something you said to me in my sentencing on December 20, 2002. You said to me, *"Your criminal history is horrific but your personal history saddens me. From the age of 10, you have never stood a chance."* At that very moment, the conviction you spoke permeated to the core of my being. It felt as if God through you to me saying he sees it and understands my pain. It was the first time someone in a judicial setting even took notice of the heaviness of my life. It was then I realized all this madness that constantly plagued me was not my plight in life. You were right, something did happen back when I was 10 years old. I was broken and that changed the course of how I felt and thought, mostly about myself. Your Honor, I feel that same drowning right now. There's not a day that goes by that I don't think about what had taken place at Riverhead Jail. At night when I close my eyes, I see and feel Gary Feinburg touching my body in the most absurd ways. I can't free myself no matter how hard I try. I have made numerous attempts to see mental health professionals here in this facility where I am currently housed, only to be told that mental health doesn't facilitate intense therapy for traumatic incidents, meaning what? I do not know. But what I do know, is that there is no help in this position I am in. There is no focus on helping me heal from the psychological trauma caused by the events that took place in Riverhead Jail.

    The emphasis is on the arrest and suicide on Gary Feinburg, but what about the victims of the assault? What is to come of me? I am not fortunate enough to be free, to get the help that I need, so I will slowly go mad at a facility without therapy to work throught the feelings of alienation, humiliation and grief strickeness. I'm asking you to help me. You're the only one who can. Your Honor, the system is saturated with over crowdedness. This inundation prevents the rehabilitation from taking place, paper programming. Something like paper felony, a felony but only on paper. This type of rehabilitation produces no fruit, actually it's pure vanity because no one gets anything out of it. The therapy is not frequent enough to have impact and the groups are too large to experience individuality, besides the confidentiality is compromised, preventing one from really dealing with the issues.

    I have 12 months in on an 18 month sentence, due to good time credits (out of 18 months, you do 15 months). I'm requesting for you to intervene and get me the therapy I want and need. It was suggested by Pychotherapist Carol Manderino, C.S.W., that I commit to a program, Growth & Development, to address my issues. Your Honor, I would like to thank you in advance for taking the time to read my letter. I pray you feel the sincerity in my letter and understand how important this is for me and my future. I would also like ot apologize for any inconvenience I may have caused the courts.

Sincerely,
Ms. Lowrita Rickenbacker